GEORGE CONWAY, PLAINTIFF IN ERROR,

*v.*

UNITED STATES OF AMERICA, DEFENDANT IN ERROR.

Only final judgments, orders, and decisions are reviewable in this Court.

ERROR, to Third Judicial District, holding terms at New Tacoma

The writ of error in this cause was served upon the United States Attorney, by leaving a copy of the same at his residence with his wife.

A motion to dismiss, for want of service, was sustained.

*Struve & Haines*, for Plaintiff in error.

*John B. Allen*, United States Attorney, *C. H. Hanford*, Assistant United States Attorney, for Defendant in error.